**P/SEND/ JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-3597-GHK (JEMx) | Date | July 9, 2013 |
|---|---|---|---|
| Title | *Deutsche Bank Nat'l Trust Co. v. Patricia Knight, et al.* | | |

| Presiding: The Honorable | GEORGE H. KING, CHIEF U.S. DISTRICT JUDGE | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:** **(In Chambers) Order re:** Remanding Action

On June 21, 2013, we required Defendants to show cause why this action should not be remanded for lack of subject matter jurisdiction, given that this appears to be an improperly removed unlawful detainer action. We warned Defendants that their failure to timely and adequately show cause as required by our Order would be deemed their admission that this Court lacks subject matter jurisdiction. The deadline to respond to our OSC has passed, and Defendants have failed to respond. Accordingly, this action is hereby **REMANDED** to the state court from which it was removed.

**IT IS SO ORDERED.**

                                                                                                             :

                                                        Initials of Deputy Clerk    IR for  Bea